RICHARD J. DOREN, SBN 124666
 rdoren@gibsondunn.com
HEATHER L. RICHARDSON, SBN 246517
 hrichardson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

Attorneys for Defendant, AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F. and CAROL F., individually, as guardians of GRACE F., and as representatives of the class of similarly situated individuals; ED L. and MINDY L., individually, as guardians of MARIAH L., and as representatives of the class of similarly situated individuals; MARK P., individually, as guardian of KESTREL P., and as representative of the class of similarly situated individuals; and MAURA T. and EDWARD T., individually, as guardians of EMILY T., and as representatives of the class of similarly situated individuals;<br><br>    Plaintiffs,<br><br> v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. CV-12-2819-MEJ<br><br>[~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |

/ / /

/ / /

/ / /

1  Good cause being shown by the Parties' Stipulation Continuing Initial Case Management
2  Conference, IT IS HEREBY ORDERED that:
3  1. The Parties shall submit their Rule 26(f) Report on September 13, 2012.
4  2. The Initial Case Management Conference is continued to September 20, 2012 at 10:00 a.m., Courtroom B, 15th Flr.

IT IS SO ORDERED.

Date: September 5, 2012

_____
Hon. Maria-Elena James
United States Magistrate Judge

101360580.1

Gibson, Dunn & Crutcher LLP

1
[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE, CASE NO. 12-2819