IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F. and CAROL F., et al.,            ) | Case No. 12-2819 SC |
|                                             ) | |
|         Plaintiffs,                         ) | ORDER DENYING PETITION FOR |
|                                             ) | APPOINTMENT OF GUARDIAN AD |
|   v.                                        ) | <u>LITEM</u> |
|                                             ) | |
| AETNA LIFE INSURANCE COMPANY,               ) | |
|                                             ) | |
|         Defendant.                          ) | |
|                                             ) | |

Plaintiff Maria L. has petitioned the Court to appoint Mindy L. as her guardian ad litem for the purposes of the above-captioned litigation. ECF No. 20 ("Pet."). Maria L. is a seventeen year-old minor and has "no general guardian." <u>Id.</u> ¶¶ 1, 3. She declares that Mindy L. is "a competent and responsible person, and fully competent to act as . . . guardian ad litem." <u>Id.</u> ¶ 4. However, neither Maria L. nor her counsel has offered any facts to support this conclusion. It is unclear how Maria L. is related to Mindy L., whether Mindy L. is an adult, and why Mindy L. is qualified to act as a guardian ad litem. Accordingly, the Petition is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: December 11, 2012

UNITED STATES DISTRICT JUDGE