**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F., et al., | Case No. 12-cv-02819-SC |
| Plaintiffs, | ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' <u>MOTION TO AMEND</u> |
| v. | |
| AETNA LIFE INSURANCE, | |
| Defendant. | |

The parties in the above-captioned matter stipulate and move the Court to allow Plaintiffs to amend their complaint so as to (1) formally name Grace F., Kestrel P., and Emily T. as Plaintiffs; and (2) to indicate the appointment of Ed. L. and Mindy L. as guardians of Mariah L.  The first proposed amendment is acceptable but the second is not.  The Court has already denied Plaintiffs' motion to appoint Mindy L. as the guardian ad litem for Mariah L., ECF No. 24, and Plaintiffs have yet to move to appoint Ed. L as guardian ad litem.  Accordingly, Plaintiffs may not amend their complaint to indicate the appointment of Ed. L and Mindy L. as guardians.  The motion is GRANTED in part and DENIED in part and Plaintiffs may

amend their Complaint in a manner consistent with the guidance set forth in this Order.

IT IS SO ORDERED.

Dated: January 14, 2013



UNITED STATES DISTRICT JUDGE