IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AETNA LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No.: C-12-02819 SC (JSC) <br><br> **ORDER SETTING HEARING AND BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO QUASH AND MOTION FOR PROTECTIVE ORDER** |

Based on Plaintiffs' Motion for Expedited Hearing, and Defendant's Statement of Non-Opposition, it is hereby ordered that Plaintiffs' Motion to Quash and Motion for Protective Order ("the Motions") shall be briefed and considered in an expedited manner. Defendant shall file its opposition to the Motions on or before January 21, 2013, and Plaintiffs shall file their reply in support of the Motions on or before noon of January 23, 2013. A hearing on the Motions will be held on Friday, January 25, 2013 at 10:00 a.m.

Plaintiffs are further ordered to file with the Court copies of the subpoenas to which they object by Friday, January 18, 2013.

IT IS SO ORDERED.

Dated: January 16, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE