David M. Lilienstein   (State Bar No. 218923)
**DL LAW GROUP**
345 Franklin St.
San Francisco, California 94102
Telephone: (415) 392-2289
Facsimile:  (415) 358-8484
E-mail:  david@dllawgroup.com,

Brian S. King,  #4610
**Brian S. King, Attorney at Law**
336 South 300 East, Suite 200
Salt Lake City, Utah 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
Email: brian@briansking.com

Robert G. Wing, UT Bar # 4445
PRINCE YEATES & GELDZAHLER
175 East 400 South, Suite # 900
Salt Lake City, UT 84111
Telephone: 801-524-1000
Facsimile: 801-799-5700
rgw@princeyeates.com

Attorneys for Plaintiffs,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F., *et al.*,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>AETNA LIFE INS. CO.,<br><br>　　　　Defendant. | Case No.  CV 12-2819 SC<br><br>[~~PROPOSED~~]<br><br>**ORDER FOR CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>**Judge Samuel Conti**<br>**Hearing: Aug. 9, 2013**<br>**Time: 10:00 a.m.**<br>**Location: Courtroom 1, 17th Fl.** |

1

**ORDER FOR CLASS CERTIFICATION BRIEFING SCHEDULE**                                Case No. CV 12-2819

Based on the stipulated motion submitted by the parties and good cause appearing, it is hereby Ordered that the briefing schedule for the Plaintiffs' Class Certification Motion shall be amended as follows:

- Plaintiffs' Motion to Certify the proposed class action due 5/13/13;
- Defendant's Memorandum in Opposition due 6/24/13;
- Plaintiffs' Reply Memorandum due 7/22/13; and
- Hearing on the Motion to Certify at 10:00 a.m. on August 9, 2013.

DATED this 10 day of April, 2013.



U.S. _____ Samuel Conti

2

**ORDER FOR CLASS CERTIFICATION BRIEFING SCHEDULE**                            Case No. CV 12-2819