IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F., et al.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 12-2819<br><br>ORDER RE: ADMINISTRATIVE MOTION FOR LEAVE TO FILE <u>OVERLENGTH MEMORANDUM</u> |

On May 10, 2013, Plaintiffs filed an administrative motion for leave to file an overlength memorandum, requesting that they be allowed to file a fifty-page memorandum in support of their motion for class certification. ECF No. 44. Pursuant to Civil Local Rule 7-11(c), such a motion is deemed submitted for immediate determination without hearing on the day after the opposition is due. In this case, that date would have been May 15, 2013. On May 14, 2013, before the Court could rule on the administrative motion, Plaintiffs filed a twenty-two page memorandum in support of their motion for class certification. ECF No. 46. As the page limit for such a memorandum is twenty-five pages, Plaintiffs' administrative motion for an overlength memorandum is DENIED as moot.

IT IS SO ORDERED.

Dated: May 14, 2013

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE