RICHARD J. DOREN, SBN 124666
   rdoren@gibsondunn.com
HEATHER L. RICHARDSON, SBN 246517
   hrichardson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

GEOFFREY M. SIGLER (*pro hac vice*)
   gsigler@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Attorneys for Defendant,
AETNA LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F., *et. al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>AETNA LIFE INS. CO.,<br><br>        Defendant. | Case No. CV 12-2819 SC<br><br>[~~PROPOSED~~]<br><br>**ORDER FOR CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>**Judge Samuel Conti**<br>**Hearing: Sept. 12, 2013**<br>**Time: 10:00 a.m.**<br>**Location: Courtroom 1, 17th Fl.** |

ORDER FOR CLASS CERTIFICATION
BRIEFING SCHEDULE

1

Case No. CV 12-2819

1  Based on the stipulated motion submitted by the parties and good cause
2  appearing, it is hereby Ordered that the class certification briefing schedule shall be
3  amended as follows:
4  - Defendant's Memorandum in Opposition due on July 29, 2013;
5  - Plaintiffs' Reply Memorandum due on September 2, 2013; and
6  - Hearing on the Motion to certify to be held on Friday, September 13,
7  2013 at 10:00 a.m.

DATED this 18th day of June, 2013.

_____
U.S. District Court Judge Samuel Conti

ORDER FOR CLASS CERTIFICATION  
BRIEFING SCHEDULE

2

Case No. CV 12-2819

# CERTIFICATE OF SERVICE

I, Lindie S. Joy, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071-3197, in said County and State. On June 14, 2013, I served the following document(s):

**ORDER FOR CLASS CERTIFICATION BRIEFING SCHEDULE**

on the parties stated below, by the following means of service:

**VIA CM/ECF:** This document was electronically filed and served through the CM/ECF system.

> Brian S. King
> Attorney at Law
> 336 South 300 East, Suite 200
> Salt Lake City, UT 84111

**BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

| David M. Lilienstein<br>DL Law Group<br>345 Franklin Street<br>San Francisco, CA 94102 | Robert G. Wing<br>Prince Yeates & Geldzahler<br>15 West South Temple #1700<br>Salt Lake City, UT 84101 |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 14, 2013, at Los Angeles, California.

*Lindie S. Joy*
Lindie S. Joy