1  RICHARD J. DOREN, SBN 124666
      rdoren@gibsondunn.com
2  HEATHER L. RICHARDSON, SBN 246517
      hrichardson@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, CA 90071-3197
   Telephone: 213.229.7000
5  Facsimile: 213.229.7520

6  GEOFFREY M. SIGLER (*pro hac vice*)
      gsigler@gibsondunn.com
7  GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Ave., N.W.
8  Washington, DC 20036-5306
   Telephone: 202.955.8500
9  Facsimile: 202.467.0539

10 Attorneys for Defendant,
   AETNA LIFE INSURANCE COMPANY

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

14 DENNIS F. and CAROL F., individually, as            CASE NO. CV-12-2819-SC
   guardians of GRACE F., and as representatives
15 of the class of similarly situated individuals;     [~~PROPOSED~~] ORDER CONTINUING CASE
   ED L. and MINDY L., individually, as                MANAGEMENT CONFERENCE
16 guardians of MARIAH L., and as
   representatives of the class of similarly situated  Judge Samuel Conti
17 individuals; MARK P., individually, as
   guardian of KESTREL P., and as
18 representative of the class of similarly situated
   individuals; and MAURA T. and EDWARD
19 T., individually, as guardians of EMILY T.,
   and as representatives of the class of similarly
20 situated individuals;

21              Plaintiffs,

22      v.

23 AETNA LIFE INSURANCE COMPANY,

24              Defendant.

25

26 ///

27 ///

28 ///

Gibson, Dunn &
Crutcher LLP

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE, CASE NO. 12-2819-SC

Good cause being shown by the Parties' Stipulation To Continue Case Management Conference, IT IS HEREBY ORDERED that:

1. The Case Management Conference, currently scheduled for December 13, 2013, will be continued to February 7, 2014 at 10:00 a.m.

2. Plaintiffs will provide Aetna with a copy of their proposed Second Amended Complaint by January 24, 2014.

3. The parties will submit a Case Management Statement on January 31, 2014. In that Case Management Statement, the parties will provide the Court with Aetna's position on Plaintiffs' request to amend the complaint and a proposed case schedule.

**IT IS SO ORDERED.**

Dated: December __9__, 2013



Honor_____
Judge Samuel Conti