| | |
|---|---|
| 1 | RICHARD J. DOREN, SBN 124666 |
|   | rdoren@gibsondunn.com |
| 2 | HEATHER L. RICHARDSON, SBN 246517 |
|   | hrichardson@gibsondunn.com |
| 3 | GIBSON, DUNN & CRUTCHER LLP |
|   | 333 South Grand Avenue |
| 4 | Los Angeles, CA  90071-3197 |
|   | Telephone: 213.229.7000 |
| 5 | Facsimile:  213.229.7520 |
| 6 | GEOFFREY M. SIGLER (*pro hac vice*) |
|   | gsigler@gibsondunn.com |
| 7 | GIBSON, DUNN & CRUTCHER LLP |
|   | 1050 Connecticut Ave., N.W. |
| 8 | Washington, DC  20036-5306 |
|   | Telephone: 202.955.8500 |
| 9 | Facsimile:  202.467.0539 |
| 10 | |
| 11 | Attorneys for Defendant, |
|    | AETNA LIFE INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F. and CAROL F., individually, as guardians of GRACE F., and as representatives of the class of similarly situated individuals; et al. | CASE NO. CV-12-2819-SC |
| | [~~PROPOSED~~] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| Plaintiffs, | Judge Samuel Conti |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | IT IS SO ORDERED AS MODIFIED |
| Defendant. | |

26  ///
27  ///
28  ///

Good cause being shown by the Parties' Stipulation To Continue Case Management Conference, IT IS HEREBY ORDERED that:

1. Plaintiff's shall file their Second Amended Complaint within five (5) days of this Order.

2. Defendants shall have 60 days to respond to the Second Amended Complaint.

3. The Case Management Conference is continued to May ~~9~~ 30, 2014 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: February __03__, 2014



Honorable Judge Samuel Conti