RICHARD J. DOREN, SBN 124666
   rdoren@gibsondunn.com
HEATHER L. RICHARDSON, SBN 246517
   hrichardson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

GEOFFREY M. SIGLER (*pro hac vice*)
   gsigler@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, DC  20036-5306
Telephone: 202.955.8500
Facsimile:  202.467.0539


Attorneys for Defendant,
AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F. and CAROL F., individually, as guardians of GRACE F., and as representatives of the class of similarly situated individuals; et al.<br><br>Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. CV-12-2819-SC<br><br>[~~PROPOSED~~] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE<br><br>Judge Samuel Conti<br><br>**IT IS SO ORDERED AS MODIFIED** |

/ / /

/ / /

/ / /

1

2   Good cause being shown by the Parties' Stipulation To Continue Case Management

3   Conference, IT IS HEREBY ORDERED that:

4   1.   Defendant shall produce the administrative record for each of the 27 new Plaintiffs by

5   June 23, 2014;

6   2.   Plaintiffs shall produce evidence of all amounts paid for the claims at issue by June

7   23, 2014;

8   3.   Plaintiffs shall provide to Defendant a written settlement demand by June 23, 2014;

9   4.   By July 11, 2014, the parties will evaluate whether any additional discovery is

10  necessary;

11  5.   On July 25, 2014, the parties shall provide a Case Management Statement to the

12  Court, in which the parties will either certify that no additional discovery is needed, or provide a

13  schedule for the additional discovery;

14  6.   The case management conference currently scheduled for May 30, 2014 at 10:00 a.m.

15  shall be continued to ~~August 1, 2014~~ **August 8, 2014** at 10:00 a.m.

16

17  **IT IS SO ORDERED** AS MODIFIED

18  Dated: May __27__, 2014

19                                           _____
                                              Honorable Samuel Conti