RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
HEATHER L. RICHARDSON, SBN 246517
  hrichardson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

GEOFFREY M. SIGLER (*pro hac vice*)
  gsigler@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, DC  20036-5306
Telephone: 202.955.8500
Facsimile:  202.467.0539

Attorneys for Defendant,
AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F., et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>            Defendant. | CASE NO. CV-12-2819-SC<br><br>[~~PROPOSED~~] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE<br><br>Judge Samuel Conti<br><br>**IT IS SO ORDERED AS MODIFIED** |

1

2   Good cause being shown by the Parties' Stipulation To Continue Case Management

3   Conference, IT IS HEREBY ORDERED that:

4   1.   On August ~~22~~ 29, 2014, the parties shall provide a Case Management Statement to the

5   Court, in which the parties will either certify that no additional discovery is needed, or provide a

6   schedule for any additional discovery;

7   2.   The case management conference currently scheduled for August 8, 2014 at 10:00

8   a.m. shall be continued to ~~August 29, 2014~~ September 5, 2014 at 10:00 a.m.

10   **IT IS SO ORDERED.**

11   Dated: July __28__, 2014

12   _____

13   Honorable Samuel C.



IT IS SO ORDERED AS MODIFIED
Judge Samuel Conti

---

[PROPOSED] ORDER GRANTING CONTINUANCE OF
CASE MANAGEMENT CONFERENCE

1

CASE NO. CV-12-2819-SC

Gibson, Dunn & Crutcher LLP