David M. Lilienstein   (State Bar No. 218923)
**DL LAW GROUP**
345 Franklin St.
San Francisco, California 94102
Telephone: (415) 392-2289
Facsimile:  (415) 358-8484
E-mail:  david@dllawgroup.com,

Brian S. King,  #4610
**Brian S. King, Attorney at Law**
336 South 300 East, Suite 200
Salt Lake City, Utah 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
Email: brian@briansking.com

Attorneys for Plaintiffs,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F., *et al.* | Case No.  CV 12-2819 |
| Plaintiffs, | **[~~PROPOSED~~] ORDER SETTING AMENDED BRIEFING SCHEDULE** |
| vs. | |
| AETNA LIFE INSURANCE COMPANY, | IT IS SO ORDERED AS MODIFIED |
| Defendant. | Judge Samuel Conti |

Good cause being shown the Parties' Stipulated Motion to Amend Briefing Schedule, IT

IS HEREBY ORDERED that:

1.       The parties shall submit their respective motions for summary judgment

by May 14, 2015;

**STIPULATED MOTION TO AMEND
BRIEFING SCHEDULE**                                **Case No. CV 12-2819 SC**

2.      The parties shall file any opposition memoranda on motions for summary

judgment by June 24, 2015;

3.      The parties shall file any reply memoranda in support of their motions for

summary judgment by August 5, 2015;

4.      Any hearing on the parties' motions for summary judgment shall be held

on August 2̶1̶ 28, 2015 at 10:00 a.m. in D̶e̶p̶a̶r̶t̶m̶e̶n̶t̶ ̶B̶ Courtroom 1, 17th Floor.

**IT IS SO ORDERED**

Dated : March __19__, 2015

_____

Honor

IT IS SO ORDERED
AS MODIFIED

Judge Samuel Conti

2

**STIPULATED MOTION TO AMEND**
**BRIEFING SCHEDULE**                                    **Case No. CV 12-2819 SC**