David M. Lilienstein   (State Bar No. 218923)
**DL LAW GROUP**
345 Franklin St.
San Francisco, California 94102
Telephone: (415) 392-2289
Facsimile:  (415) 358-8484
E-mail:  david@dllawgroup.com,

Brian S. King,  #4610
**Brian S. King, Attorney at Law**
336 South 300 East, Suite 200
Salt Lake City, Utah 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
Email: brian@briansking.com

Robert G. Wing, UT Bar # 4445
PRINCE YEATES & GELDZAHLER
175 East 400 South, Suite # 900
Salt Lake City, UT 84111
Telephone: 801-524-1000
Facsimile: 801-799-5700
rgw@princeyeates.com

Attorneys for Plaintiffs,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F., *et al.*, ) | Case No.  CV 12-2819 SC |
| ) | |
| Plaintiffs, ) | [~~PROPOSED~~] |
| ) | |
| vs. ) | **ORDER FOR AMENDED** |
| ) | **BRIEFING SCHEDULE** |
| AETNA LIFE INS. CO., ) | |
| ) | Judge Samuel Conti |
| Defendant. ) | Hearing: |
| ) | Time: 10:00 a.m. |
| ) | Location: Courtroom 1, 17th Fl. |
| ) | San Francisco Courthouse |

1

**ORDER FOR AMENDED
BRIEFING SCHEDULE**                                                      Case No. CV 12-2819

Based on the stipulated motion submitted by the parties and good cause appearing, it is hereby Ordered that the briefing schedule in the above captioned matter shall be amended as follows:

- The parties' respective motions for summary judgment due September 10, 2015;
- Memoranda in Opposition due October 16, 2015;
- Reply Memoranda due November 5, 2015; and
- Hearing at 10:00 a.m. on November 20, 2015.

DATED this  20  day of   July   , 2015.

_____
U.S. District Court Judge Samuel Conti

2

**ORDER FOR AMENDED
BRIEFING SCHEDULE**                                         Case No. CV 12-2819