**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F., CAROL F., GRACE F., MARK P., KESTREL P., MAURA T., EDWARD T., EMILY T., ED L., MINDY L., KIM B., ALISON B., WILLIAM B., LLOYD B., TALYA B., TIM B., BENJAMIN B., ALAN C., BROOKE C., ROBIN C., JAMES D., TIFFANY D., MARK E., MELISSA E., KEVIN F., ANDREW G., DANIEL G., MARGARET K., TREVOR K., MARK L., ELAINE L., LEONARD L., WILLIAM L., N.M., M.M., PERRY P., EVAN P., BRENDA R., BRANDON R., TIFFANY B., GABRIELLE R., RICHARD R., WILLIAM R., WAWRENCE S., DAGMAR W., SAMANTHA W., SHERMAN W., ELEAZAR W., CHERYL N., RODNEY K., BRIAN K., HARRY T., CHRISTOPHER T., ALEX T.  Plaintiffs, v. AETNA LIFE INSURANCE, Defendant. | Case No. 12-CV-02819<br><br>ORDER DENYING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

Now before the Court is the parties' stipulation of dismissal with prejudice of named plaintiffs Brenda R. and Brandon R.. ECF No. 122 ("Stip"). For the reasons provided below, the parties'

stipulation is DENIED.

Parties' stipulation states that "Plaintiffs' counsel have been unable to contact Brenda R. and Brandon R. for many months and have notified them via email and first-class U.S. mail that unless they contact counsel their action against Defendant Aetna Life Insurance Company . . . will be dismissed." Stip. at 1. The parties cite Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which states that voluntary dismissal can be achieved without a court order upon a stipulation of dismissal signed by all parties who have appeared. Brenda R. and Brandon R., however, have not stipulated to their dismissal. If they fail to respond to Defendant's discovery requests, Defendant may file a motion for the sanction of dismissal pursuant to Rule 37.

IT IS SO ORDERED.

Dated: July 28, 2015

UNITED STATES DISTRICT JUDGE

2