RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
HEATHER L. RICHARDSON, SBN 246517
  hrichardson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

GEOFFREY M. SIGLER (*pro hac vice*)
  gsigler@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Attorneys for Defendant,
AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F., CAROL F., and GRACE F.; MARK P. and KESTREL P.; MAURA T.; EDWARD T. and EMILY T.; ED L. and MINDY L.; KIM B.; ALISON B.; WILLIAM B.; LLOYD B. and TALYA B.; TIM B. and BENJAMIN B., ALAN C. and BROOKE C.; ROBIN C.; JAMES D. and TIFFANY D.; MARK E. and MELISSA E.; KEVIN F.; ANDREW G. and DANIEL G.; MARGARET K. and TREVOR K.; MARK L. and ELAINE L.; LEONARD L. and WILLIAM L.; N.M. and M. M.; PERRY P. and EVAN P.; TIFFANY B. and GABRIELLE R.; RICHARD R.; WILLIAM R.; LAWRENCE S.; DAGMAR W. and SAMANTHA W.; SHERMAN W. and ELEAZAR W.; CHERYL N.; RODNEY K. and BRIAN K., and HARRY T., CHRISTOPHER T., and ALEX T., <br><br>Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. CV-12-2819-SC<br><br>MODIFIED<br>[~~PROPOSED~~] ORDER SETTING AMENDED BRIEFING SCHEDULE<br><br>IT IS SO ORDERED AS MODIFIED<br><br>Judge Samuel Conti |

1

[PROPOSED] ORDER SETTING AMENDED BRIEFING SCHEDULE, CASE NO. 12-2819-SC

Good cause being shown in the Parties' Stipulated Motion to Amend Briefing Schedule, IT IS HEREBY ORDERED THAT:

1. The parties shall submit their respective motions for summary judgment by October 16, 2015;

2. The parties shall file any opposition memoranda on motions for summary judgment by November 13, 2015;

3. The parties shall file any reply memoranda in support of their motions for summary judgment by December 4, 2015;

4. Any hearing on the parties' motions for summary judgment shall be held on December 11, ~~18~~, 2015 at 10:00 a.m. in Courtroom 1.

**IT IS SO ORDERED**

Dated: September 08, 2015



Judge Samuel Conti