David M. Lilienstein   (State Bar No. 218923)
**DL LAW GROUP**
345 Franklin St.
San Francisco, California 94102
Telephone: (415) 392-2289
Facsimile:  (415) 358-8484
E-mail:  david@dllawgroup.com,

Brian S. King,  #4610
**Brian S. King, Attorney at Law**
336 South 300 East, Suite 200
Salt Lake City, Utah 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
Email: brian@briansking.com

Attorneys for Plaintiffs,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F. *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No.  CV 12-2819<br><br>**ORDER** |

   Based on the Plaintiffs' unopposed motion and good cause appearing, it is hereby

Ordered that the deadlines for submission of Summary Judgment briefs are modified as follows:

   •Motions for Summary Judgment and supporting briefs will be due November 19, 2015

   •Opposition briefs will be due December 21, 2015

   •Reply briefs will be due January 15, 2016

1  •Oral argument on the Motions for Summary Judgment will be set by the Court on its
2  calendar for Wednesday, March 16, 2016 at 10:00 am.
3  DATED this 16 day of October, 2015.

_____
U.S. District Court Judge Samuel Conti