**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F., CAROL F., GRACE F., MARK P., KESTREL P., MAURA T., EDWARD T., EMILY T., ED L., MINDY L., KIM B., ALISON B., WILLIAM B., LLOYD B., TALYA B., TIM B., BENJAMIN B., ALAN C., BROOKE C., ROBIN C., JAMES D., TIFFANY D., MARK E., MELISSA E., KEVIN F., ANDREW G., DANIEL G., MARGARET K., TREVOR K., MARK L., ELAINE L., LEONARD L., WILLIAM L., N.M., M.M., PERRY P., EVAN P., BRENDA R., BRANDON R., TIFFANY B., GABRIELLE R., RICHARD R., WILLIAM R., WAWRENCE S., DAGMAR W., SAMANTHA W., SHERMAN W., ELEAZAR W., CHERYL N., RODNEY K., BRIAN K., HARRY T., CHRISTOPHER T., ALEX T.<br><br>      Plaintiffs,<br><br>  v.<br><br>AETNA LIFE INSURANCE,<br><br>      Defendant. | Case No. 12-CV-02819<br><br>ORDER GRANTING STIPULATED <u>DISMISSALS WITH PREJUDICE</u> |

On October 13, 2015, the parties submitted fourteen joint stipulations of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF Nos. 127-140. The Court

accepts those stipulations and incorporates the terms thereof as if fully set forth herein.

IT IS SO ORDERED.

Dated: October 21, 2015

_____
UNITED STATES DISTRICT JUDGE