IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F., et al., | No. C-12-2819 MMC |
| Plaintiffs, | **ORDER EXTENDING PARTIES' DEADLINE TO FILE MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

The Court is in receipt of plaintiffs' "Motion to Extend Deadline for Opening Briefs and Summary Judgment," filed November 16, 2015, in which plaintiffs seek to modify the briefing schedule on the parties' motions for summary judgment, which currently are due November 19, 2015. Pursuant to the Local Rules of this district, defendant's opposition to the instant motion is due November 20, 2015. See Civil L.R. 6-3(b) (providing "a party who opposes a motion to enlarge or shorten time must file an opposition . . . no later than 4 days after receiving the motion").

To afford defendant the opportunity to respond to plaintiffs' administrative motion, the parties' deadline to file their respective motions for summary judgment is hereby EXTENDED to November 25, 2015.

**IT IS SO ORDERED.**

Dated: November 18, 2015

MAXINE M. CHESNEY
United States District Judge