IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>    Defendant.<br>_____/ | No. C-12-2819 MMC<br><br>**ORDER GRANTING IN PART AND DEFERRING RULING IN PART ON PLAINTIFFS' MOTION TO MODIFY BRIEFING SCHEDULE RE: PARTIES' MOTIONS FOR SUMMARY JUDGMENT; ADVANCING CASE MANAGEMENT CONFERENCE; DIRECTIONS TO PARTIES** |

    Before the Court is plaintiffs' "Motion to Extend Deadline for Opening Briefs and Summary Judgment," filed November 16, 2015, by which plaintiffs seek an order extending the current briefing schedule on the parties' motions for summary judgment and propose an alternative schedule. To afford defendant an opportunity to respond to the instant motion, the Court, on November 18, 2015, extended the deadline for the filing of the parties' respective opening briefs from November 19, 2015, to November 25, 2015. On November 19, 2015, defendant filed a statement of non-opposition to the instant motion.

    Accordingly, the Court hereby GRANTS in part and DEFERS ruling in part on plaintiffs' motion, as follows:

    1. To the extent plaintiffs seek an order setting a new briefing schedule, the motion

is hereby GRANTED, and the current briefing dates are hereby VACATED.

    2. To the extent plaintiffs seek an order adopting plaintiffs' proposed schedule, the Court hereby DEFERS ruling pending the Case Management Conference, which is hereby ADVANCED from March 18, 2016, to December 11, 2015. A Joint Case Management Conference Statement shall be filed by the parties no later than December 4, 2015, in which the parties shall address, <u>inter alia</u>, whether the individual plaintiffs are properly joined in a single action pursuant to Rule 20(a)(1) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: November 20, 2015

                                      MAXINE M. CHESNEY
                                      United States District Judge