IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F., et al. | No. C-12-2819 MMC |
| Plaintiffs, | **ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPY OF DOCUMENTS** |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

On November 3, 2015, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiffs are hereby DIRECTED to submit forthwith chambers copies of the following documents: Complaint, filed May 31, 2012; Amended Complaint, filed January 14, 2013; and Second Amended Complaint, filed February 5, 2014.

**IT IS SO ORDERED.**

Dated: December 2, 2015

_____
MAXINE M. CHESNEY
United States District Judge