1  RICHARD J. DOREN, SBN 124666
       rdoren@gibsondunn.com
2  HEATHER L. RICHARDSON, SBN 246517
       hrichardson@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, CA  90071-3197
   Telephone: 213.229.7000
5  Facsimile:  213.229.7520

6  GEOFFREY M. SIGLER (*pro hac vice*)
       gsigler@gibsondunn.com
7  GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Ave., N.W.
8  Washington, D.C. 20036-5306
   Telephone: 202.955.8500
9  Facsimile:  202.467.0539

10 Attorneys for Defendant,
   AETNA LIFE INSURANCE COMPANY
11
                           UNITED STATES DISTRICT COURT
12
                          NORTHERN DISTRICT OF CALIFORNIA
13

14 | DENNIS F., CAROL F., and GRACE F.; MARK P. and KESTREL P.; MAURA T.; EDWARD T. and EMILY T.; ED L. and MINDY L.; KIM B.; ALISON B.; WILLIAM B.; LLOYD B. and TALYA B.; TIM B. and BENJAMIN B., ALAN C. and BROOKE C.; ROBIN C.; JAMES D. and TIFFANY D.; MARK E. and MELISSA E.; KEVIN F.; ANDREW G. and DANIEL G.; MARGARET K. and TREVOR K.; MARK L. and ELAINE L.; LEONARD L. and WILLIAM L.; N.M. and M. M.; PERRY P. and EVAN P.; TIFFANY B. and GABRIELLE R.; RICHARD R.; WILLIAM R.; LAWRENCE S.; DAGMAR W. and SAMANTHA W.; SHERMAN W. and ELEAZAR W.; CHERYL N.; RODNEY K. and BRIAN K., and HARRY T., CHRISTOPHER T., and ALEX T., | CASE NO. CV-12-2819-MMC

[PROPOSED] ORDER GRANTING DEFENDANT AETNA LIFE INSURANCE COMPANY'S UNOPPOSED MOTION TO DISMISS PLAINTIFFS BRENDA R. AND BRANDON R. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37

The Hon. Maxine M. Chesney |

                   Plaintiffs,

       v.

   AETNA LIFE INSURANCE COMPANY,

                   Defendant.

1

[PROPOSED] ORDER GRANTING DEFENDANT AETNA LIFE INSURANCE COMPANY'S MOTION TO DISMISS UNDER RULE 37(D), CASE NO. 12-2819-MMC

**[PROPOSED] ORDER**

The Court has considered Defendant Aetna Life Insurance Company's Unopposed Motion to Dismiss Plaintiffs Brenda R. and Brandon R. Pursuant to Federal Rule of Civil Procedure 37, along with all papers in support thereof, and the Court hereby orders as follows:

Defendant's Motion is GRANTED, and the Court orders that Brenda R. and Brandon R.'s claims against Defendant Aetna Life Insurance Company are hereby dismissed in their entirety and ~~with~~ without prejudice.

**IT IS SO ORDERED.**

DATED this 11th day of December, 2015

*[signature: Maxine M. Chesney]*
The Hon. Maxine M. Chesney
United States District Court Judge for the
Northern District of California

2

[PROPOSED] ORDER GRANTING DEFENDANT AETNA LIFE INSURANCE COMPANY'S MOTION TO DISMISS UNDER RULE 37(D), CASE NO. 12-2819-MMC