RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
HEATHER L. RICHARDSON, SBN 246517
  hrichardson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

GEOFFREY M. SIGLER (*pro hac vice*)
  gsigler@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5306
Telephone: 202.955.8500
Facsimile:  202.467.0539

Attorneys for Defendant,
AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F., CAROL F., and GRACE F.; MARK P. and KESTREL P.; MAURA T. EDWARD T. and EMILY T.; ED L. and MINDY L.; KIM B.; ALISON B.; WILLIAM B.; LLOYD B. and TALYA B.; TIM B. and BENJAMIN B., ALAN C. and BROOKE C.; ROBIN C.; JAMES D. and TIFFANY D.; MARK E. and MELISSA E.; KEVIN F.; ANDREW G. and DANIEL G.; MARGARET K. and TREVOR K.; MARK L. and ELAINE L.; LEONARD L. and WILLIAM L.; N.M. and M. M.; PERRY P. and EVAN P.; TIFFANY B. and GABRIELLE R.; RICHARD R.; WILLIAM R.; LAWRENCE S.; DAGMAR W. and SAMANTHA W.; SHERMAN W. and ELEAZAR W.; CHERYL N.; RODNEY K. and BRIAN K., and HARRY T., CHRISTOPHER T., and ALEX T., <br><br> Plaintiffs, <br><br> v. <br><br> AETNA LIFE INSURANCE COMPANY, <br><br> Defendant. | CASE NO. CV-12-2819-MMC <br><br> **[PROPOSED] ORDER APPROVING STIPULATION TO SEVER INDIVIDUAL CAUSES OF ACTION** <br><br> The Hon. Maxine M. Chesney |

1

# [PROPOSED] ORDER

Good cause being shown in the parties' Joint Stipulation To Sever Individual Causes of Action, IT IS HEREBY ORDERED THAT:

1.  ~~The Court shall dismiss without prejudice the~~ The claims of all of the Plaintiffs in this action except the single claim asserted by the first three named Plaintiffs—Dennis F., Carol F., and Grace F.~~,~~ -- are hereby DISMISSED without prejudice;

2.  Within 60 days of the Court's dismissal, Plaintiffs shall file eleven separate complaints, each asserting a separate claim for benefits under an ERISA-governed health benefits plan, on behalf of:

    a) Kim B., on behalf of minor A.B.;

    b) Alison B., on behalf of minor D.B.;

    c) William B., on behalf of minor R.B.;

    d) Lloyd B. and Talya B.;

    e) Mark L. and Elaine L.;

    f) R.M. and M.M.;

    g) Perry P. and Evan P.;

    h) Richard R., on behalf of minor S.S.R.;

    i) Dagmar W. and Samantha W.;

    j) Cheryl N., on behalf of minor T.W.; and

    k) Rodney K. and Brian K.;

3.  Plaintiffs shall file motions to relate each of the eleven complaints enumerated above, and this action, and to transfer each action to this Court;

4.  Subject to the Court's approval of these motions to relate the cases, after the cases are related, the Court will hold ~~shall set~~ a consolidated, joint status conference regarding all related cases at which the parties and the Court shall discuss procedures and timelines for resolving all related cases.

//

//

//

2

1    5.  The status conference currently set for January 29, 2016 is ~~taken off calendar.~~ hereby CONTINUED to April 22, 2016.

2  **IT IS SO ORDERED.**

3

4  DATED this __22_ day of __January_____, 2016

5

6

7

8  _____

9                    The Hon. Maxine M. Chesney
                     United States District Court Judge for the
10                    Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28