| | |
|---|---|
| 1 | David M. Lilienstein   (State Bar No. 218923)<br>**DL LAW GROUP** |
| 2 | 345 Franklin St.<br>San Francisco, California 94102 |
| 3 | Telephone: (415) 392-2289<br>Facsimile:  (415) 358-8484 |
| 4 | E-mail:  david@dllawgroup.com, |
| 5 | Brian S. King,  #4610<br>**Brian S. King, PC** |
| 6 | 336 South 300 East, Suite 200<br>Salt Lake City, Utah 84111 |
| 7 | Telephone: (801) 532-1739 |
| 8 | Facsimile: (801) 532-1936<br>Email: brian@briansking.com |
| 9 | *Pro hac vice* application pending |
| 10 | Attorneys for Plaintiffs, |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENNIS F., CAROL F., AND GRACE F., ~~KIM B. and AVIVA B.~~, ^ | ) | Case No.  CV- 12-2819-MMC |
| Plaintiffs, | ) | |
| vs. | ) ) ) | **~~[PROPOSED]~~ ORDER APPROVING STIPULATION REGARDING THIRD AMENDED COMPLAINT** |
| AETNA LIFE INSURANCE COMPANY, | ) ) | |
| Defendant. | ) ) | Honorable Maxine M. Chesney |

**~~[PROPOSED]~~ ORDER APPROVING STIPULATION RE: THIRD AMENDED COMPLAINT**     Case No. CV 12-281~~91~~

**[PROPOSED] ORDER**

Good cause being shown in the parties' Joint Stipulation Regarding Third Amended Complaint, IT IS HEREBY ORDERED THAT the Third Amended Complaint in this action, attached as Exhibit A to the Joint Stipulation Regarding Third Amended Complaint, shall be filed.

No later than April 22, 2016, plaintiffs shall file the Third Amended Complaint as a stand-alone entry on the docket.

**IT IS SO ORDERED.**

DATED this __13__ day of __April__, 2016

_____
Honorable Maxine M. Chesney
U.S. District Court Judge

[PROPOSED] ORDER APPROVING STIPULATION RE: THIRD AMENDED COMPLAINT            Case No. CV 12-2819