1  RICHARD J. DOREN, SBN 124666
      rdoren@gibsondunn.com
2  HEATHER L. RICHARDSON, SBN 246517
      hrichardson@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, CA  90071-3197
   Telephone: 213.229.7000
5  Facsimile:  213.229.7520

6  GEOFFREY M. SIGLER (*pro hac vice*)
      gsigler@gibsondunn.com
7  GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Ave., N.W.
8  Washington, D.C. 20036-5306
   Telephone: 202.955.8500
9  Facsimile:  202.467.0539

10 Attorneys for Defendant,
   AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DENNIS F., CAROL F., and GRACE F.,<br><br>Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. CV-12-2819-MMC<br><br>[PROPOSED] ORDER APPROVING STIPULATION TO MOVE APRIL 22, 2016 STATUS CONFERENCE<br><br>The Hon. Maxine M. Chesney |
|---|---|

[~~PROPOSED~~] ORDER

Good cause being shown in the parties' Joint Stipulation to Move April 22, 2016 Status Conference, IT IS HEREBY ORDERED THAT the telephonic status conference in the above-captioned action on April 22, 2016 shall be postponed and rescheduled to ~~no later than June 7, 2016~~ June 3, 2016, at 10:30 a.m. ~~at such time as may be convenient for the Court~~.  A Case Management Statement will be submitted by the parties 7 calendar days before the status conference date.

**IT IS SO ORDERED.**

DATED this  14  day of  April        , 2016

_____
The Hon. Maxine M. Chesney
United States District Court Judge for the
Northern District of California