UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Motion to Deem Related Cases has been filed, requesting a determination as to whether the following cases are related within the meaning of Civil L.R. 3-12(a):

| | |
|---|---|
| C 12-2819 MMC | Dennis F., et al. v. Aetna Life Insurance Co. |
| C 16-1395 LB  | Aviva B., et al. v. Aetna Life Insurance Co. |
| C 16-1397 JCS | Brian K., et al. v. Aetna Life Insurance Co. |
| C 16-1398 DMR | Daniel B., et al. v. Aetna Life Insurance Co. |
| C 16-1399 LB  | Elaine L., et al. v. Aetna Life Insurance Co. |
| C 16-1400 DMR | Evan P., et al. v. Aetna Life Insurance Co. |
| C 16-1401 HRL | M. M., et al. v. Aetna Life Insurance Co. |
| C 16-1402 DMR | Ryan B., et al. v. Aetna Life Insurance Co. |
| C 16-1403 LB  | Sam W., et al. v. Aetna Life Insurance Co. |
| C 16-1404 DMR | Susanna R., et al. v. Aetna Life Insurance Co. |
| C 16-1405 DMR | T. B., et al. v. Aetna Life Insurance Co. |
| C 16-1406 KAW | T. W., et al. v. Aetna Life Insurance Co. |

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[   ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[ X ] **ARE RELATED** as defined by Civil L.R. 3-12(a).

The parties are instructed that all future filings in the reassigned cases are to bear the initials **MMC** immediately after the case number. Any case management conference in the reassigned cases will be rescheduled by the Court. Any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the undersigned; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the undersigned.

**DATED**: May 23, 2016

MAXINE M. CHESNEY
United States District Judge