1  RICHARD J. DOREN, SBN 124666
       rdoren@gibsondunn.com
2  HEATHER L. RICHARDSON, SBN 246517
       hrichardson@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, CA  90071-3197
   Telephone: 213.229.7000
5  Facsimile:  213.229.7520

6  GEOFFREY M. SIGLER (*pro hac vice*)
       gsigler@gibsondunn.com
7  GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Ave., N.W.
8  Washington, D.C. 20036-5306
   Telephone: 202.955.8500
9  Facsimile:  202.467.0539

10 Attorneys for Defendant,
   AETNA LIFE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F., CAROL F., and GRACE F.<br><br>      Plaintiffs,<br><br>   v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>      Defendant. | CASE NO. 3:12-cv-2819-MMC<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINTS**<br><br>The Hon. Maxine M. Chesney |
| KIM B. and AVIVA B.<br><br>      Plaintiffs,<br><br>   v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>      Defendant. | CASE NO. 3:16-cv-01395-MMC<br><br>Complaint Filed: 03/22/2016 |

| | | |
|---|---|---|
| 1 | ALISON B. and DANIEL B. | CASE NO. 4:16-cv-01398-MMC |
| 2 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 3 | v. | |
| 4 | AETNA LIFE INSURANCE COMPANY, | |
| 5 | Defendant. | |
| 6 | WILLIAM B. and RYAN B. | CASE NO. 4:16-cv-01402-MMC |
| 7 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 8 | v. | |
| 9 | AETNA LIFE INSURANCE COMPANY, | |
| 10 | Defendant. | |
| 11 | LLOYD B. and TALYA B. | CASE NO. 4:16-cv-01405-MMC |
| 12 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 13 | v. | |
| 14 | AETNA LIFE INSURANCE COMPANY, | |
| 15 | Defendant. | |
| 16 | RODNEY K. and BRIAN K. | CASE NO. 3:16-cv-01397-MMC |
| 17 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 18 | v. | |
| 19 | AETNA LIFE INSURANCE COMPANY, | |
| 20 | Defendant. | |
| 21 | MARK L. and ELAINE L. | CASE NO. 3:16-cv-01399-MMC |
| 22 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 23 | v. | |
| 24 | AETNA LIFE INSURANCE COMPANY, | |
| 25 | Defendant. | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| R.M. and M.M. | CASE NO. 5:16-cv-01401-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| PERRY P. and EVAN P. | CASE NO. 4:16-cv-01400-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| RICHARD R. and SUSANNA R. | CASE NO. 4:16-cv-01404-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| DAGMAR W. and SAMANTHA W.. | CASE NO. 3:16-cv-01403-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| CHERYL N. and TRISTAN W. | CASE NO. 4:16-cv-01406-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

**[PROPOSED] ORDER**

Good cause being shown in the parties' Joint Stipulation to Extend Defendant's Time to Respond to Complaints, IT IS HEREBY ORDERED THAT Defendant shall have up to and including Friday, May 27, 2016 to answer or otherwise respond to Plaintiffs' Third Amended Complaint and the 11 new complaints.

**IT IS SO ORDERED.**

DATED this <u>23rd</u> day of <u>  May         </u>, 2016

_____
The Hon. Maxine M. Chesney
United States District Court Judge for the
Northern District of California