1    RICHARD J. DOREN, SBN 124666
        rdoren@gibsondunn.com
2    HEATHER L. RICHARDSON, SBN 246517
        hrichardson@gibsondunn.com
3    GIBSON, DUNN & CRUTCHER LLP
     333 South Grand Avenue
4    Los Angeles, CA  90071-3197
     Telephone: 213.229.7000
5    Facsimile:  213.229.7520

6    GEOFFREY M. SIGLER (*pro hac vice*)
        gsigler@gibsondunn.com
7    GIBSON, DUNN & CRUTCHER LLP
     1050 Connecticut Ave., N.W.
8    Washington, D.C. 20036-5306
     Telephone: 202.955.8500
9    Facsimile:  202.467.0539

10   Attorneys for Defendant,
     AETNA LIFE INSURANCE COMPANY

11                        UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13

| 14   DENNIS F., CAROL F., and GRACE F.; | CASE NO. CV-12-2819-MMC |
|---|---|
| 15            Plaintiffs, | **[PROPOSED ORDER] GRANTING JOINT STIPULATION REGARDING THE FILING OF DOCUMENTS APPLICABLE TO ALL RELATED CASES** |
| 16        v. | |
| 17   AETNA LIFE INSURANCE COMPANY, | |
| 18            Defendant. | The Hon. Maxine M. Chesney |
| 19 | Third Amended Complaint Filed: 04/13/2016 |
| 20 | |
| 21   KIM B. and AVIVA B. | CASE NO. 3:16-cv-01395-MMC |
| 22            Plaintiffs, | Complaint Filed: 03/22/2016 |
| 23   v. | |
| 24   AETNA LIFE INSURANCE COMPANY, | |
| 25            Defendant. | |

26

27

28

Gibson, Dunn &
Crutcher LLP

| | |
|---|---|
| ALISON B. and DANIEL B. | CASE NO. 3:16-cv-01398-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| WILLIAM B. and RYAN B. | CASE NO. 3:16-cv-01402-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| LLOYD B. and TALYA B. | CASE NO. 3:16-cv-01405-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| RODNEY K. and BRIAN K. | CASE NO. 3:16-cv-01397-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| MARK L. and ELAINE L. | CASE NO. 3:16-cv-01399-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

| | |
|---|---|
| R.M. and M.M. | CASE NO. 3:16-cv-01401-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| PERRY P. and EVAN P. | CASE NO. 3:16-cv-01400-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| RICHARD R. and SUSANNA R. | CASE NO. 3:16-cv-01404-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| DAGMAR W. and SAMANTHA W.. | CASE NO. 3:16-cv-01403-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| CHERYL N. and TRISTAN W. | CASE NO. 3:16-cv-01406-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

**<u>ORDER</u>**

Good cause being shown in the Parties' Joint Stipulation Regarding the Filing of Documents Applicable to All Related Cases, IT IS HEREBY ORDERED THAT any document that applies to all twelve (12) related cases shall be filed <u>only</u> in the lead action (Case No. 3:12-cv-02819), and are deemed filed in all twelve (12) related cases.

**IT IS SO ORDERED.**


DATED this __22__ day of ___July_____, 2016


_____
The Hon. Maxine M. Chesney
United States District Court Judge for the
Northern District of California

[PROPOSED] ORDER GRANTING JOINT STIPULATION
RE THE FILING OF DOCUMENTS APPLICABLE TO ALL RELATED CASES
LEAD CASE NO. 12-CV-02819-MMC