RICHARD J. DOREN, SBN 124666
   rdoren@gibsondunn.com
HEATHER L. RICHARDSON, SBN 246517
   hrichardson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

GEOFFREY M. SIGLER (*pro hac vice*)
   gsigler@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Attorneys for Defendant,
AETNA LIFE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F., CAROL F., and GRACE F.;<br><br>Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. CV-12-2819-MMC<br><br>[PROPOSED ORDER] **GRANTING JOINT STIPULATION REGARDING BRIEFING ON THE STANDARD OF REVIEW AND MERITS**; SCHEDULING STATUS CONFERENCE<br><br>The Hon. Maxine M. Chesney<br><br>Third Amended Complaint Filed: 04/13/2016 |
| KIM B. and AVIVA B.<br><br>Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 3:16-cv-01395-MMC<br><br>Complaint Filed: 03/22/2016 |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING BRIEFING
ON THE STANDARD OF REVIEW AND MERITS
LEAD CASE NO. 12-CV-02819-MMC

| | | |
|---|---|---|
| 1 | ALISON B. and DANIEL B. | CASE NO. 3:16-cv-01398-MMC |
| 2 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 3 | v. | |
| 4 | AETNA LIFE INSURANCE COMPANY, | |
| 5 | Defendant. | |
| 6 | WILLIAM B. and RYAN B. | CASE NO. 3:16-cv-01402-MMC |
| 7 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 8 | v. | |
| 9 | AETNA LIFE INSURANCE COMPANY, | |
| 10 | Defendant. | |
| 11 | LLOYD B. and TALYA B. | CASE NO. 3:16-cv-01405-MMC |
| 12 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 13 | v. | |
| 14 | AETNA LIFE INSURANCE COMPANY, | |
| 15 | Defendant. | |
| 16 | RODNEY K. and BRIAN K. | CASE NO. 3:16-cv-01397-MMC |
| 17 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 18 | v. | |
| 19 | AETNA LIFE INSURANCE COMPANY, | |
| 20 | Defendant. | |
| 21 | MARK L. and ELAINE L. | CASE NO. 3:16-cv-01399-MMC |
| 22 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 23 | v. | |
| 24 | AETNA LIFE INSURANCE COMPANY, | |
| 25 | Defendant. | |
| 26 | | |
| 27 | | |
| 28 | | |

[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING BRIEFING
ON THE STANDARD OF REVIEW AND MERITS
LEAD CASE NO. 12-CV-02819-MMC

| | |
|---|---|
| R.M. and M.M. | CASE NO. 3:16-cv-01401-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| PERRY P. and EVAN P. | CASE NO. 3:16-cv-01400-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| RICHARD R. and SUSANNA R. | CASE NO. 3:16-cv-01404-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| DAGMAR W. and SAMANTHA W.. | CASE NO. 3:16-cv-01403-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| CHERYL N. and TRISTAN W. | CASE NO. 3:16-cv-01406-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

# ORDER

Good cause being shown in the Parties' Joint Stipulation Regarding Briefing on the Standard of Review and Merits, IT IS HEREBY ORDERED THAT:

1. The parties will separately brief the standard of review and the merits of the cases.

2. Standard of review briefing will proceed first, with the following schedule:

   **August 19, 2016:** Plaintiff's Opening Brief on the Standard of Review due

   **September 16, 2016:** Defendants' Opening Brief on the Standard of Review due

   **September 30, 2016:** Plaintiff's Reply Brief on the Standard of Review due

   ~~October 14, 2016: Defendant's Reply Brief on the Standard of Review due~~

   **November 4, ~~18,~~ 2016:** Hearing on the Standard of Review

3. Only one brief will be submitted on the standard of review, and that brief will address the plans at issue in all twelve related cases.

4. The parties will submit a case management conference statement on December 2, 2016.

5. The court will conduct a further case management conference on December 9, 2016 at 10:30 am in Courtroom 7, 19th floor, San Francisco.* At this case management conference, the parties will discuss whether further ADR will be helpful in light of the Court's ruling on the standard of review.

6. Merits briefing will then proceed, with the following schedule:

   **January 13, 2017:** Plaintiff's Opening Brief on the Merits due

   **February 10, 2017:** Defendant's Opening Brief on the Merits due

   **March 3, 2017:** Plaintiff's Reply Brief on the Merits due

   **March 24, 2017:** Defendant's Reply Brief on the Merits due

   **April 14, 2017:** Hearing on the Merits

* The conference may be conducted telephonically at the parties' joint request.

//

//

//

//

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING BRIEFING
ON THE STANDARD OF REVIEW AND MERITS
LEAD CASE NO. 12-CV-02819-MMC

7. Only one brief will be submitted on the merits, and that brief will address all twelve related cases.

**IT IS SO ORDERED.**

DATED this __22__ day of __July_____, 2016

_____
The Hon. Maxine M. Chesney
United States District Court Judge for the
Northern District of California

2
[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING BRIEFING
ON THE STANDARD OF REVIEW AND MERITS
LEAD CASE NO. 12-CV-02819-MMC