1  RICHARD J. DOREN, SBN 124666
      rdoren@gibsondunn.com
2  HEATHER L. RICHARDSON, SBN 246517
      hrichardson@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, CA  90071-3197
   Telephone: 213.229.7000
5  Facsimile:  213.229.7520

6  GEOFFREY M. SIGLER (*pro hac vice*)
      gsigler@gibsondunn.com
7  GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Ave., N.W.
8  Washington, D.C. 20036-5306
   Telephone: 202.955.8500
9  Facsimile:  202.467.0539

10 Attorneys for Defendant,
   AETNA LIFE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F., CAROL F., and GRACE F.; | CASE NO. CV-12-2819-MMC |
| Plaintiffs, | **[PROPOSED ORDER] GRANTING PARTIES' REQUEST TO FILE FULL SCOPE OF EVIDENCE TO BE CONSIDERED BY THE COURT IN ELECTRONIC FORMAT** |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | The Hon. Maxine M. Chesney |
| Defendant. | Third Amended Complaint Filed: 04/13/2016 |
| KIM B. and AVIVA B. | CASE NO. 3:16-cv-01395-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING PARTIES' REQUEST TO FILE FULL SCOPE OF
EVIDENCE IN ELECTRONIC FORMAT
LEAD CASE NO. 12-CV-02819-MMC

| | |
|---|---|
| ALISON B. and DANIEL B. | CASE NO. 3:16-cv-01398-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| WILLIAM B. and RYAN B. | CASE NO. 3:16-cv-01402-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| LLOYD B. and TALYA B. | CASE NO. 3:16-cv-01405-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| RODNEY K. and BRIAN K. | CASE NO. 3:16-cv-01397-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| MARK L. and ELAINE L. | CASE NO. 3:16-cv-01399-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

| | | |
|---|---|---|
| 1 | R.M. and M.M. | CASE NO. 3:16-cv-01401-MMC |
| 2 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 3 | v. | |
| 4 | AETNA LIFE INSURANCE COMPANY, | |
| 5 | Defendant. | |
| 6 | PERRY P. and EVAN P. | CASE NO. 3:16-cv-01400-MMC |
| 7 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 8 | v. | |
| 9 | AETNA LIFE INSURANCE COMPANY, | |
| 10 | Defendant. | |
| 11 | RICHARD R. and SUSANNA R. | CASE NO. 3:16-cv-01404-MMC |
| 12 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 13 | v. | |
| 14 | AETNA LIFE INSURANCE COMPANY, | |
| 15 | Defendant. | |
| 16 | DAGMAR W. and SAMANTHA W.. | CASE NO. 3:16-cv-01403-MMC |
| 17 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 18 | v. | |
| 19 | AETNA LIFE INSURANCE COMPANY, | |
| 20 | Defendant. | |
| 21 | CHERYL N. and TRISTAN W. | CASE NO. 3:16-cv-01406-MMC |
| 22 | Plaintiffs, | Complaint Filed: 03/22/2016 |
| 23 | v. | |
| 24 | AETNA LIFE INSURANCE COMPANY, | |
| 25 | Defendant. | |

**ORDER**

Good cause being shown in the Parties' Joint Stipulation To File Full Scope of Evidence To Be Considered By The Court In Electronic Format, IT IS HEREBY ORDERED THAT:

1. The Parties will file a motion to seal the Full Scope of Evidence To Be Considered By The Court pursuant to Local Rule 79-5, with a supporting declaration;*

2. Along with the motion to seal, the Parties will submit the agreed–upon evidentiary record for all twelve related cases on a USB drive containing an electronic, rendered-text, searchable record, and the Parties will work with the Court as needed to ensure that the Court can easily access the documents on the USB drive;

3. The Parties will electronically file a Manual Filing Notification concurrently with their motion to seal;

4. ~~The USB drive will be password-protected, and the password will be provided in a separate communication to Chambers;~~

5. The materials on this USB drive will be organized in folders by claim/case number, for ease of reference by the Court ;

6. Assuming the motion to seal is granted, the USB drive already submitted with the motion ~~for~~ to seal shall be deemed to be filed with, and accepted by, this Court, and the parties may refer to the relevant pages by Bates number in either their briefs on the standard of review or on the merits;

* In moving to seal, the parties are advised to pay particular attention to subsection (b) of the above-referenced rule, which provides, <u>inter alia,</u> that "the request must be narrowly tailored to seek sealing only of sealable material."  <u>See</u> Civil L.R. 79-5(b).

//

//

//

//

7. The Parties will provide the Court with paper copies of any specific pages, documents, or broader subsets of the evidentiary record cited to in their briefs, provided that they will be provided and maintained confidentially and under seal consistent with the Court's ruling on the motion to seal.

**IT IS SO ORDERED.**

DATED this __22__ day of _____July_____, 2016

_____
The Hon. Maxine M. Chesney
United States District Court Judge for the
Northern District of California