```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| DENNIS F., *et al.* | Case No. CV 12-2819 |
| Plaintiffs, | **[PROPOSED] ORDER REGARDING AMENDED BRIEFING SCHEDULE** |
| vs. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | Judge Maxine M. Chesney<br>Hearing Date: November 4, 2016<br>Hearing Time: 10:00 a.m.<br>Location: Courtroom 7, 19th Floor<br>San Francisco Courthouse |

KIM B. and AVIVA B.

    v.            3:16-CV-01395

AETNA LIFE INS. CO.

_____

ALISON B. and DANIEL B.

    v.            3:16-cv-01398

AETNA LIFE INS. CO.

_____

WILLIAM B. and RYAN B.

    v.            3:16-cv-01402

AETNA LIFE INS. CO.

_____

LLOYD B. and TALYA B.

    v.            3:16-cv-01405

| | |
|---|---|
| 1 | AETNA LIFE INS. CO. |
| 2 | _____ |
| 3 | RODNEY K. and BRIAN K. |
| 4 | v.         3:16-cv-01397 |
| 5 | AETNA LIFE INS. CO. |
| 6 | _____ |
| 7 | |
| 8 | MARK L. and ELAINE L. |
| 9 | v.         3:16-cv-01399 |
| 10 | AETNA LIFE INS. CO. |
| 11 | _____ |
| 12 | R.M. and M.M. |
| 13 | v.         3:16-cv-01401 |
| 14 | AETNA LIFE INS. CO. |
| 15 | |
| 16 | _____ |
| 17 | PERRY P. and EVAN P. |
| 18 | v.         3:16-cv-01400 |
| 19 | AETNA LIFE INS. CO. |
| 20 | _____ |
| 21 | RICHARD R. and SUSANNA R. |
| 22 | v.         3:16-cv-01404 |
| 23 | AETNA LIFE INS. CO. |
| 24 | |
| 25 | _____ |
| 26 | DAGMAR W. and SAMANTHA W. |
| 27 | v.         3:16-cv-01403 |
| 28 | |

**ORDER TO AMEND
BRIEFING SCHEDULE**                                          Case No. CV 12-2819 SC

| | |
|---|---|
| 1 | AETNA LIFE INS. CO. |
| 2 | _____ |
| 3 | CHERYL N. and TRISTAN W. |
| 4 | v.          3:16-cv-01406 |
| 5 | AETNA LIFE INS. CO. |
| 6 | |
| 7 | _____ |

Based on the stipulated motion of the parties and good cause appearing, it is hereby ORDERED that the Plaintiffs' opening memorandum regarding the standard of review shall be filed on or before August 26, 2016. All other dates established in the Order regarding the briefing schedule shall remain as ordered on July 22, 2016.

DATED this 19th day of August, 2016.

_____
Honorable Maxine M. Chesney

**ORDER TO AMEND
BRIEFING SCHEDULE**                                          Case No. CV 12-2819 SC