IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 12-cv-02819-MMC<br><br>**ORDER RE: PLAINTIFFS' MEMORANDUM REGARDING STANDARD OF REVIEW** |

The Court is in receipt of the chambers copy of plaintiffs' Memorandum Regarding Standard of Review, submitted September 9, 2016, along with counsel's cover letter explaining the reason for the delayed submission.

The Court notes, however, that the memorandum is not in compliance with the Civil Local Rules of this district. In particular, it exceeds the applicable page limit, see Civil L.R. 7-2(b), and does not include a table of contents or table of authorities, see Civil L.R. 7-4(a)(2).

Accordingly, plaintiffs are hereby DIRECTED to file, no later than September 19, 2016, a table of contents and table of authorities.[1]

**IT IS SO ORDERED.**

Dated: September 12, 2016

MAXINE M. CHESNEY
United States District Judge

---

[1] The Court, in this one instance, and in the interests of time, will not require plaintiffs to submit a shortened version of their memorandum.