IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 12-cv-02819-MMC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SUBMIT REPLY MEMORANDUM**<br><br>Re: Dkt. No. 192 |

Before the Court is plaintiffs' "Motion for Extension of Time to Submit Reply Memorandum," filed October 14, 2016, by which plaintiffs seek leave to file their reply memorandum regarding the standard of review three days "later than the due date of October 14, 2016."[1]  Defendant has filed a response thereto.  Having read and considered the parties' respective submissions, the Court rules as follows.

Although, as defendant correctly observes, the reply memorandum was due September 30, 2016 (see Order filed July 22, 2016), and not October 14, 2016, the Court finds it appropriate to exercise its discretion to allow the requested filing, no prejudice to defendant having been shown.

Accordingly, plaintiffs' motion is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: October 19, 2016

MAXINE M. CHESNEY
United States District Judge

---

[1] On October 16, 2016, plaintiffs filed the above-referenced reply memorandum.