IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DENNIS F., ET AL., | Case No. 12-cv-02819-MMC |
|---|---|
| Plaintiffs, | **SECOND ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH CIVIL LOCAL RULES AND COURT'S STANDING ORDERS** |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

On October 16, 2016, plaintiffs electronically filed their reply memorandum regarding the standard of review. Plaintiffs have violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Plaintiffs are hereby ORDERED to comply with the Civil Local Rules of this District and the Court's Standing Orders by immediately submitting a chambers copy of their reply memorandum regarding the standard of review.

The Court has previously advised plaintiffs of their failure to comply with the Civil Local Rules of this District and the Court's Standing Orders in connection with earlier-filed documents. (See Order, filed Sept. 7, 2016.) Such reminder appears to have had little to no effect on compelling compliance therewith.

Parties are expected to comply with court rules without repeated reminders. Accordingly, plaintiffs are hereby advised that the Court will impose sanctions, including, but not limited to, striking from the record any further electronically filed document for

1  which a chambers copy has not been timely provided to the Court.

3  **IT IS SO ORDERED.**

5  Dated: October 28, 2016

MAXINE M. CHESNEY
United States District Judge

2