IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENNIS F., ET AL.,

    Plaintiffs,

  v.

AETNA LIFE INSURANCE COMPANY,

    Defendant.

Case No. 12-cv-02819-MMC

**ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**

In light of the Court's order at the hearing conducted November 4, 2016, affording the parties the opportunity to file supplemental briefing on the standard of review, the Further Case Management Conference currently scheduled for December 9, 2016, is hereby CONTINUED to February 17, 2017, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than February 10, 2017.

**IT IS SO ORDERED.**

Dated: November 4, 2016

MAXINE M. CHESNEY
United States District Judge