IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F., ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 12-cv-02819-MMC<br><br>**ORDER RE: DEFENDANT'S MOTION TO FILE UNDER SEAL; DIRECTING DEFENDANT TO FILE PROOF OF SERVICE ON THIRD PARTIES**<br><br>Re: Dkt. No. 190 |

        Before the Court is defendant Aetna Life Insurance Company's ("Aetna") motion to file under seal, filed September 16, 2016, by which Aetna seeks leave to file under seal portions of already heavily redacted versions of ten administrative services agreements ("ASAs") between Aetna and various third parties, which portions have been submitted in support of Aetna's Opposition to Memorandum Regarding Standard of Review; by said motion, Aetna also seeks leave to file under seal portions of its Opposition, as well as a supporting exhibit, in which the ASAs are quoted.

        At the hearing conducted November 4, 2016, counsel for Aetna represented to the Court that the ASAs contain a confidentiality clause.

        Accordingly, pursuant to Civil Local Rule 79-5(e), Aetna is hereby DIRECTED to file, no later than November 17, 2016, proof of service of the instant motion and this order on each such third-party. Any third party who wishes to file a declaration establishing the above-referenced material is sealable shall file such declaration no later than

December 1, 2016.  See id.

**IT IS SO ORDERED.**

Dated: November 7, 2016

_____
MAXINE M. CHESNEY
United States District Judge