RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
HEATHER L. RICHARDSON, SBN 246517
  hrichardson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

Attorneys for Defendant,
AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F., CAROL F., and GRACE F.;<br><br>            Plaintiffs,<br><br>     v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>            Defendant. | CASE NO. CV-12-2819-MMC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR SUPPLEMENTAL BRIEFING ON STANDARD OF REVIEW**<br><br>The Hon. Maxine M. Chesney<br><br>Third Amended Complaint Filed: 04/13/2016 |
| KIM B. and AVIVA B.<br><br>            Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>            Defendant. | CASE NO. 3:16-cv-01395-MMC<br><br>Complaint Filed: 03/22/2016 |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR SUPPLEMENTAL BRIEFING ON STANDARD OF REVIEW,  LEAD CASE NO. 12-CV-02819-MMC

| | |
|---|---|
| ALISON B. and DANIEL B. | CASE NO. 3:16-cv-01398-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| WILLIAM B. and RYAN B. | CASE NO. 3:16-cv-01402-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| LLOYD B. and TALYA B. | CASE NO. 3:16-cv-01405-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| RODNEY K. and BRIAN K. | CASE NO. 3:16-cv-01397-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| MARK L. and ELAINE L. | CASE NO. 3:16-cv-01399-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

| | |
|---|---|
| R.M. and M.M. | CASE NO. 3:16-cv-01401-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| PERRY P. and EVAN P. | CASE NO. 3:16-cv-01400-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| RICHARD R. and SUSANNA R. | CASE NO. 3:16-cv-01404-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| DAGMAR W. and SAMANTHA W.. | CASE NO. 3:16-cv-01403-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| CHERYL N. and TRISTAN W. | CASE NO. 3:16-cv-01406-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

# ORDER

**GOOD CAUSE** being shown in the Parties' Joint Stipulation to Extend Time for Supplemental Briefing on Standard of Review, **IT IS HEREBY ORDERED THAT**:

1. Defendant Aetna Life Insurance Company must submit supplemental briefing in support if its opposition brief on standard of review by **January 6, 2017**.

2. Plaintiffs must submit a supplemental reply by **January 30, 2017**.

**IT IS SO ORDERED.** It is further ORDERED that the briefing schedule on the merits, as set forth in the Court's order filed July 22, 2016 (<u>see</u> Dkt. No. 180), is vacated.  Within fourteen days of the Court's order on the Standard of Review, the parties shall submit a joint stipulation setting forth a proposed briefing schedule on the merits.

DATED this __15th__ day of December, 2016

_____
The Hon. Maxine M. Chesney
United States District Court Judge for the
Northern District of California