1  RICHARD J. DOREN, SBN 124666
      rdoren@gibsondunn.com
2  HEATHER L. RICHARDSON, SBN 246517
      hrichardson@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, CA  90071-3197
   Telephone: 213.229.7000
5  Facsimile:  213.229.7520

6  Attorneys for Defendant,
   AETNA LIFE INSURANCE COMPANY
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 DENNIS F., CAROL F., and GRACE F.;         CASE NO. CV-12-2819-MMC

12           Plaintiffs,                      [PROPOSED] ORDER GRANTING JOINT
                                              STIPULATION TO EXTEND TIME FOR
13      v.                                    SUPPLEMENTAL BRIEFING ON
                                              STANDARD OF REVIEW
14 AETNA LIFE INSURANCE COMPANY,
                                              The Hon. Maxine M. Chesney
15           Defendant.
                                              Third Amended Complaint Filed: 04/13/2016
16

17

18 KIM B. and AVIVA B.                        CASE NO. 3:16-cv-01395-MMC

19           Plaintiffs,                      Complaint Filed: 03/22/2016

20      v.

21 AETNA LIFE INSURANCE COMPANY,

22           Defendant.

Gibson, Dunn &
Crutcher LLP

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR SUPPLEMENTAL BRIEFING
ON STANDARD OF REVIEW, LEAD CASE NO. 12-CV-02819-MMC

| | |
|---|---|
| ALISON B. and DANIEL B. | CASE NO. 3:16-cv-01398-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| WILLIAM B. and RYAN B. | CASE NO. 3:16-cv-01402-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| LLOYD B. and TALYA B. | CASE NO. 3:16-cv-01405-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| RODNEY K. and BRIAN K. | CASE NO. 3:16-cv-01397-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| MARK L. and ELAINE L. | CASE NO. 3:16-cv-01399-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

| | |
|---|---|
| R.M. and M.M. | CASE NO. 3:16-cv-01401-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| PERRY P. and EVAN P. | CASE NO. 3:16-cv-01400-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| RICHARD R. and SUSANNA R. | CASE NO. 3:16-cv-01404-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| DAGMAR W. and SAMANTHA W.. | CASE NO. 3:16-cv-01403-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| CHERYL N. and TRISTAN W. | CASE NO. 3:16-cv-01406-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

**ORDER**

**GOOD CAUSE** being shown in the Parties' Joint Stipulation to Extend Time for Supplemental Briefing on Standard of Review, **IT IS HEREBY ORDERED THAT**:

1. Defendant Aetna Life Insurance Company must submit supplemental briefing in support if its opposition brief on standard of review by **January 13, 2017**.

2. Plaintiffs must submit a supplemental reply by **February 6, 2017**.

**IT IS SO ORDERED.**

DATED this __6th__ day of January, 2017

_____
The Hon. Maxine M. Chesney
United States District Court Judge for the
Northern District of California