1  David M. Lilienstein   (State Bar No. 218923)
   **DL LAW GROUP**
2  345 Franklin St.
   San Francisco, California 94102
3  Telephone: (415) 392-2289
   Facsimile:  (415) 358-8484
4  E-mail:  david@dllawgroup.com,

5  Brian S. King,  #4610
   **Brian S. King, PC**
6  336 South 300 East, Suite 200
   Salt Lake City, Utah 84111
7  Telephone: (801) 532-1739
   Facsimile: (801) 532-1936
8  Email: brian@briansking.com

9  Attorneys for Plaintiffs,

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13 | DENNIS F., *et al.*            ) Case No.  CV 3:12-cv-2819
                                    )
14 |         Plaintiffs,            ) **ORDER FOR EXTENSION OF
                                    ) TIME FOR PLAINTIFFS'
15 | vs.                            ) RESPONSE SUPPLEMENTAL
                                    ) BRIEFING ON STANDARD OF
16 |                                ) REVIEW AND TO RESET CASE
   | AETNA LIFE INSURANCE COMPANY,  ) MANAGEMENT CONFERENCE**
17 |                                )
   |         Defendant.             )
18 |                                )
                                    )
19                                  ) Judge Maxine M. Chesney
                                    ) Hearing Date: February 17, 2017
20                                  ) Hearing Time: 10:30 a.m.
                                    ) Location: Courtroom 7, 19th Floor
21                                  ) San Francisco Courthouse

22     ALISON B. and DANIEL B.

23         v.          3:16-cv-01398

24     AETNA LIFE INS. CO.

25     _____

26     WILLIAM B. and RYAN B.

27         v.          3:16-cv-01402

28 **ORDER FOR EXTENSION OF TIME FOR
   PLAINTIFFS' RESPONSE SUPPLEMENTAL BRIEFING ON
   STANDARD OF REVIEW AND TO RESET CASE
   MANAGEMENT CONFERENCE**                    Case No. CV 3:12-CV-2819

| | |
|---|---|
| 1 | AETNA LIFE INS. CO. |
| 2 | _____ |
| 3 | LLOYD B. and TALYA B. |
| 4 | v.             3:16-cv-01405 |
| 5 | AETNA LIFE INS. CO. |
| 6 | |
| 7 | _____ |
| 8 | RODNEY K. and BRIAN K. |
| 9 | v.             3:16-cv-01397 |
| 10 | AETNA LIFE INS. CO. |
| 11 | _____ |
| 12 | MARK L. and ELAINE L. |
| 13 | v.             3:16-cv-01399 |
| 14 | AETNA LIFE INS. CO. |
| 15 | |
| 16 | _____ |
| 17 | R.M. and M.M. |
| 18 | v.             3:16-cv-01401 |
| 19 | AETNA LIFE INS. CO. |
| 20 | _____ |
| 21 | PERRY P. and EVAN P. |
| 22 | v.             3:16-cv-01400 |
| 23 | AETNA LIFE INS. CO. |
| 24 | |
| 25 | _____ |
| 26 | RICHARD R. and SUSANNA R. |
| 27 | v.             3:16-cv-01404 |
| 28 | **ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS' RESPONSE SUPPLEMENTAL BRIEFING ON STANDARD OF REVIEW AND TO RESET CASE MANAGEMENT CONFERENCE**          Case No. CV 3:12-CV-2819 |

|  |  |
|---|---|
| 1 | AETNA LIFE INS. CO. |
| 2 | _____ |
| 3 | DAGMAR W. and SAMANTHA W. |
| 4 | v.         3:16-cv-01403 |
| 5 | AETNA LIFE INS. CO. |
| 6 | |
| 7 | _____ |
| 8 | CHERYL N. and TRISTAN W. |
| 9 | v.         3:16-cv-01406 |
| 10 | AETNA LIFE INS. CO. |
| 11 | _____ |

Good cause being shown in the Parties Joint Stipulation to Extend Time for the Plaintiffs' Supplemental Briefing on Standard of Review, IT IS HEREBY ORDERED THAT:

1.   The Plaintiffs shall submit their supplemental memorandum in response to the supplemental memorandum provided by Aetna Life Insurance Company no later than February 13, 2017, and

2.   The Case Management Conference presently scheduled for Friday, February 17, 2017, at 10:30 a.m. is vacated and is reset for March  24 , 2017 at 10:30 a.m.
 A Joint Case Management Statement shall be filed no later than March 17, 2017.
IT IS SO ORDERED.

DATED this   6th  day of February, 2017.

_____
Honorable Judge Maxine M. Chesney

ORDER FOR EXTENSION OF TIME FOR
PLAINTIFFS' RESPONSE SUPPLEMENTAL BRIEFING ON
STANDARD OF REVIEW AND TO RESET CASE
MANAGEMENT CONFERENCE                    Case No. CV 3:12-CV-2819