David M. Lilienstein   (State Bar No. 218923)
**DL LAW GROUP**
345 Franklin St.
San Francisco, California 94102
Telephone: (415) 392-2289
Facsimile:  (415) 358-8484
E-mail:  david@dllawgroup.com,

Brian S. King,  #4610
**Brian S. King, PC**
336 South 300 East, Suite 200
Salt Lake City, Utah 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
Email: brian@briansking.com

Attorneys for Plaintiffs,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F., *et al.*<br><br>    Plaintiffs,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No.  CV 12-2819<br><br>**ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' SUPPLEMENTAL RESPONSE**<br><br>Judge Maxine M. Chesney<br>Hearing Date: March 24, 2017<br>Hearing Time: 10:30 a.m.<br>Location: Courtroom 7, 19th Floor<br>San Francisco Courthouse |

**[PROPOSED] ORDER TO EXTEND DEADLINE
FOR PLAINTIFFS' SUPPLEMENTAL RESPONSE**
Case No. CV 12-28191

1 **[PROPOSED] ORDER**

2   Good cause being shown in the parties' Stipulation to extend the date for

3 Plaintiffs' Reply to Defendant's Supplemental Brief, IT IS HEREBY ORDERED THAT

4 Plaintiffs shall submit their Supplemental Reply on or before February 17, 2017.

5   **IT IS SO ORDERED.**

7   DATED this  14th  day of   February    , 2017

11   _____
     Honorable Maxine M. Chesney
12   U.S. District Court Judge

**[PROPOSED] ORDER TO EXTEND DEADLINE
FOR PLAINTIFFS' SUPPLEMENTAL RESPONSE**
                                    Case No. CV 12-28191