IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENNIS F., et al.,

        Plaintiffs,

   v.

AETNA LIFE INSURANCE COMPANY,

        Defendant.

Case No. 12-cv-02819-MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

In light of the pending Motion Regarding Standard of Review, the Case Management Conference previously scheduled for March 24, 2017, is hereby CONTINUED to April 21, 2017, at 10:30 a.m. A Joint Case Management Conference Statement shall be filed no later than April 14, 2017.

**IT IS SO ORDERED.**

Dated: March 15, 2017

MAXINE M. CHESNEY
United States District Judge