1

2

3

4            IN THE UNITED STATES DISTRICT COURT

5          FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7    DENNIS F., et al.,                          Case No. 12-cv-02819-MMC

8              Plaintiffs,                        **ORDER DENYING DEFENDANT'S**
                                                  **MOTION TO FILE UNDER SEAL;**
9        v.                                       **DIRECTIONS TO DEFENDANT**

10   AETNA LIFE INSURANCE COMPANY,                Re: Dkt. No. 190

11             Defendant.

12

13       Before the Court is defendant Aetna Life Insurance Company's ("Aetna") motion to

14   file under seal, filed September 16, 2016, by which Aetna seeks leave to file under seal

15   ten administrative services agreements ("ASAs") between Aetna and various third

16   parties, which have already been heavily redacted and are submitted in support of

17   Aetna's Opposition to Memorandum Regarding Standard of Review; Aetna also seeks

18   leave to file a redacted version of its Opposition and a supporting exhibit, in which the

19   ASAs are quoted.

20       At the hearing conducted November 4, 2016, counsel for Aetna represented to the

21   Court that the ASAs contain a confidentiality clause.  By order filed November 7, 2016

22   ("November 7 Order"), the Court directed Aetna to file, no later than November 17, 2016,

23   proof of service of the instant motion and the November 7 Order on each such third-party

24   and also directed any third party who wished to file a declaration establishing the

25   confidentiality of the above-referenced material to file such declaration no later than

26   December 1, 2016.

27       On November 17, 2016, Aetna filed various proofs of service in compliance with

28   the November 7 Order.   To date, no declaration has been filed by any third party.

United States District Court
Northern District of California

1    Accordingly, as the third parties in question have not asserted that the above-

2  referenced material is confidential, Aetna's motion for administrative relief is hereby

3  DENIED, and Aetna is hereby DIRECTED to file in the public record, no earlier than April

4  14, 2017, and no later than April 20, 2017, the following documents: (1) an unredacted

5  version of Aetna's Opposition to Memorandum Regarding Standard of Review; (2) an

6  unredacted version of Exhibit A to the Declaration of Heather Richardson in Support of

7  Opposition to Memorandum Regarding Standard of Review; and (3) Exhibits D, F, I, K, N,

8  P, R, T, W, and Y to the Declaration of Heather Richardson in Support of Opposition to

9  Memorandum Regarding Standard of Review.

10

11    **IT IS SO ORDERED.**

12

13  Dated: April 10, 2017

MAXINE M. CHESNEY
14                                                       United States District Judge