RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
HEATHER L. RICHARDSON, SBN 246517
  hrichardson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

Attorneys for Defendant,
AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F., CAROL F., and GRACE F.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | CASE NO. 3:12-cv-02819-MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE MAY 12, 2017 CASE MANAGEMENT CONFERENCE**<br><br>The Hon. Maxine M. Chesney<br><br>Third Amended Complaint Filed: 04/13/2016 |
| KIM B. and AVIVA B.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | CASE NO. 3:16-cv-01395-MMC<br><br>Complaint Filed: 03/22/2016 |
| ALISON B. and DANIEL B.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | CASE NO. 4:16-cv-01398-MMC<br><br>Complaint Filed: 03/22/2016 |

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE MAY 12, 2017 CASE MANAGEMENT CONFERENCE, LEAD CASE NO. 12-CV-02819-MMC

| | |
|---|---|
| WILLIAM B. and RYAN B. | CASE NO. 4:16-cv-01402-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| LLOYD B. and TALYA B. | CASE NO. 4:16-cv-01405-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| RODNEY K. and BRIAN K. | CASE NO. 3:16-cv-01397-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| MARK L. and ELAINE L. | CASE NO. 3:16-cv-01399-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| R.M. and M.M. | CASE NO. 5:16-cv-01401-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE MAY 12, 2017 CASE MANAGEMENT CONFERENCE, LEAD CASE NO. 12-CV-02819-MMC

| | |
|---|---|
| PERRY P. and EVAN P. | CASE NO. 4:16-cv-01400-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| RICHARD R. and SUSANNA R. | CASE NO. 4:16-cv-01404-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| DAGMAR W. and SAMANTHA W.. | CASE NO. 3:16-cv-01403-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| CHERYL N. and TRISTAN W. | CASE NO. 4:16-cv-01406-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE MAY 12, 2017 CASE MANAGEMENT CONFERENCE, LEAD CASE NO. 12-CV-02819-MMC

| | |
|---|---|
| 1 | The parties to the above-captioned litigation, by and through their respective counsel of |
| 2 | record, hereby stipulate and request as follows: |
| 3 | WHEREAS, the Court has scheduled a case management conference for May 12, 2017 and |
| 4 | has ordered that the parties file a joint case management statement by May 5, 2017 (ECF 218); |
| 5 | WHEREAS, when this case management conference was originally set, it was intended to |
| 6 | address scheduling and settlement issues following the Court's ruling on the standard of review (ECF |
| 7 | 207; *see also* 11/04/2016 Tr. at 68:15-69:10); |
| 8 | WHEREAS, on May 1, 2017, the Court ruled that the appropriate standard of review |
| 9 | applicable to all twelve Plaintiffs' claims for benefits under their Aetna-administered plan was abuse |
| 10 | of discretion (ECF 221); |
| 11 | WHEREAS, per the Court's December 15, 2016 order (ECF 207), the parties will submit a |
| 12 | joint stipulation setting forth a proposed briefing schedule on the merits by May 15, 2017; |
| 13 | WHEREAS, the parties will also meet and confer regarding settlement options and provide an |
| 14 | update in a joint stipulation by May 15, 2017; |
| 15 | WHEREAS, there are no other issues between the parties that needs to be discuss at the case |
| 16 | management conference unless the Court has additional questions that it wishes to raise with the |
| 17 | parties at the conference; |
| 18 | THEREFORE, the parties jointly stipulate, subject to the Court's approval, that the Case |
| 19 | Management Conference be extended from May 12, 2017 to July 21, 2017 to permit time for the |
| 20 | parties to discuss settlement and draft a briefing schedule on the merits, unless the Court has other |
| 21 | issues that it would like to discuss with the parties. |
| 22 | **IT IS SO STIPULATED.** |
| 23 | Dated: May 3, 2017 |
| 24 | BRIAN S. KING<br>BRIAN S. KING, ATTORNEY AT LAW |
| 25 | |
| 26 | |
| 27 | By:  /s/  Brian S. King<br>Brian S. King |
| 28 | Attorneys for Plaintiffs |

1

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE MAY 12, 2017 CASE MANAGEMENT CONFERENCE, LEAD CASE NO. 12-CV-02819-MMC

Dated: May 3, 2017

                                 RICHARD J. DOREN
                                 HEATHER L. RICHARDSON
                                 GIBSON, DUNN & CRUTCHER LLP

                                 By:       /s/ Heather L. Richardson
                                              Heather L. Richardson

                                 Attorneys for Defendant, AETNA LIFE INSURANCE COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT** the Case Management Conference presently scheduled for May 12, 2017 at 10:30 a.m. is vacated and continued to July 21, 2017 at 10:30 a.m.

DATED: May 3, 2017

                                              Honorable Maxine M. Chesney
                                              United States District Court Judge

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE MAY 12, 2017 CASE MANAGEMENT CONFERENCE, LEAD CASE NO. 12-CV-02819-MMC