1  RICHARD J. DOREN, SBN 124666
      rdoren@gibsondunn.com
2  HEATHER L. RICHARDSON, SBN 246517
      hrichardson@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, CA 90071-3197
   Telephone: 213.229.7000
5  Facsimile: 213.229.7520

6  Attorneys for Defendant,
   AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F., CAROL F., and GRACE F. | CASE NO. 3:12-cv-02819-MMC |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING ON THE MERITS**; ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | The Hon. Maxine M. Chesney |
| Defendant. | Third Amended Complaint Filed: 04/13/2016 |
| KIM B. and AVIVA B. | CASE NO. 3:16-cv-01395-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| ALISON B. and DANIEL B. | CASE NO. 4:16-cv-01398-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

| | |
|---|---|
| WILLIAM B. and RYAN B. | CASE NO. 4:16-cv-01402-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| LLOYD B. and TALYA B. | CASE NO. 4:16-cv-01405-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| RODNEY K. and BRIAN K. | CASE NO. 3:16-cv-01397-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| MARK L. and ELAINE L. | CASE NO. 3:16-cv-01399-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| R.M. and M.M. | CASE NO. 5:16-cv-01401-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

| | |
|---|---|
| PERRY P. and EVAN P. | CASE NO. 4:16-cv-01400-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| RICHARD R. and SUSANNA R. | CASE NO. 4:16-cv-01404-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| DAGMAR W. and SAMANTHA W.. | CASE NO. 3:16-cv-01403-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| CHERYL N. and TRISTAN W. | CASE NO. 4:16-cv-01406-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

The parties to the above-captioned litigation, by and through their respective counsel of record, hereby stipulate and request as follows:

WHEREAS, on May 1, 2017, the Court ruled that the appropriate standard of review applicable to all twelve Plaintiffs' claims for benefits under their Aetna-administered plan was abuse of discretion (ECF 221);

WHEREAS, per the Court's December 15, 2016 order (ECF 207), the parties will submit a joint stipulation setting forth a proposed briefing schedule on the merits by May 15, 2017;

WHEREAS, the parties have met and conferred, and agree to discuss settlement of all twelve Plaintiffs' claims in June 2017 since Aetna's counsel is currently in trial through the end of May;

WHEREAS, the parties have met and conferred, and agree that if the parties do not settle all twelve Plaintiffs' claims, briefing on these cases may be consolidated solely for purpose of efficiency and to facilitate the Court's review of the merits of each case, and that the cases remain separate for all other purposes; and

WHEREAS, the parties have met and conferred, and agreed upon the procedure and briefing schedule below;

THEREFORE, the parties jointly stipulate, subject to the Court's approval:

1. Plaintiffs will file their opening brief on the merits on **July 28, 2017**.
2. Defendants will file their opposition brief on the merits on **August 25, 2017**.
3. Plaintiffs will file their reply brief on the merits on **September 15, 2017**.
4. The Court will hold a hearing to discuss the merits on **October 13, 2017**.
5. The parties agree that only one brief will be submitted on the merits, and that brief will address all twelve related cases.

1

**IT IS SO STIPULATED.**

Dated: May 15, 2017

                              BRIAN S. KING
                              BRIAN S. KING, ATTORNEY AT LAW

                              By:    /s/ Brian S. King
                                        Brian S. King

Attorneys for Plaintiffs

Dated: May 15, 2017

                              RICHARD J. DOREN
                              HEATHER L. RICHARDSON
                              GIBSON, DUNN & CRUTCHER LLP

                              By:    /s/ Heather L. Richardson
                                        Heather L. Richardson

Attorneys for Defendant, AETNA LIFE INSURANCE COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:**

1. Plaintiffs will file their opening brief on the merits on **July 28, 2017**.
2. Defendants will file their opposition brief on the merits on **August 25, 2017**.
3. Plaintiffs will file their reply brief on the merits on **September 15, 2017**.
4. The Court will hold a hearing to discuss the merits on **October 13, 2017**.
5. The parties agree that only one brief will be submitted on the merits, and that brief will address all twelve related cases.

IT IS FURTHER ORDERED THAT the Case Management Conference currently scheduled for July 21, 2017, is hereby CONTINUED to January 26, 2018. A Joint Case Management Statement shall be filed no later than January 19, 2018.

DATED: May 16, 2017                          /s/ Maxine M. Chesney
                                               Honorable Maxine M. Chesney
                                               United States District Court Judge