1  RICHARD J. DOREN, SBN 124666
      rdoren@gibsondunn.com
2  HEATHER L. RICHARDSON, SBN 246517
      hrichardson@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, CA  90071-3197
   Telephone: 213.229.7000
5  Facsimile:  213.229.7520

6  Attorneys for Defendant,
   AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F., CAROL F., and GRACE F. | CASE NO. 3:12-cv-02819-MMC |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND MERITS BRIEFING AND HEARING SCHEDULE** |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | The Hon. Maxine M. Chesney |
| Defendant. | Third Amended Complaint Filed: 04/13/2016 |
| KIM B. and AVIVA B. | CASE NO. 3:16-cv-01395-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| ALISON B. and DANIEL B. | CASE NO. 4:16-cv-01398-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

| | |
|---|---|
| WILLIAM B. and RYAN B. | CASE NO. 4:16-cv-01402-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| LLOYD B. and TALYA B. | CASE NO. 4:16-cv-01405-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| RODNEY K. and BRIAN K. | CASE NO. 3:16-cv-01397-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| MARK L. and ELAINE L. | CASE NO. 3:16-cv-01399-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| R.M. and M.M. | CASE NO. 5:16-cv-01401-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

| | |
|---|---|
| PERRY P. and EVAN P. | CASE NO. 4:16-cv-01400-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| RICHARD R. and SUSANNA R. | CASE NO. 4:16-cv-01404-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| DAGMAR W. and SAMANTHA W.. | CASE NO. 3:16-cv-01403-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| CHERYL N. and TRISTAN W. | CASE NO. 4:16-cv-01406-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

The parties to the above-captioned litigation, by and through their respective counsel of record, hereby stipulate and request as follows:

WHEREAS, the Court ordered a briefing and hearing schedule on the merits on May 16, 2017 (ECF 225) and then that schedule was extended on July 27, 2017 to accommodate ongoing settlement discussions between the parties (ECF 230);

WHEREAS, the parties remain actively engaged in ongoing settlement discussions;

WHEREAS, the parties require more time to complete their negotiations and are in agreement that an extension of time is necessary and appropriate;

WHEREAS, this is the second joint request that the parties have made seeking an extension of the briefing deadlines laid out in the Court's initial May 16, 2017 order;

WHEREAS, this stipulation will have a minimal impact on timing, as it will only push back the hearing on the merits by two months from the originally scheduled date (*see* ECF 225);

WHEREAS, the parties have met and conferred, and agreed upon the procedure and briefing schedule below;

THEREFORE, the parties jointly stipulate, subject to the Court's approval:

1. Plaintiffs will file their opening brief on the merits on **October 2, 2017**.
2. Defendants will file their opposition brief on the merits on **October 30, 2017**.
3. Plaintiffs will file their reply brief on the merits on **November 20, 2017**.
4. The Court will hold a hearing to discuss the merits on **December 15, 2017** at 9:00 a.m.
5. The parties agree that only one brief will be submitted on the merits, and that brief will address all twelve related cases.

**IT IS SO STIPULATED.**

Dated: August 30, 2017

                BRIAN S. KING
                BRIAN S. KING, ATTORNEY AT LAW

                By:    /s/ Brian S. King
                           Brian S. King

                Attorneys for Plaintiffs

1

Dated: August 30, 2017

          RICHARD J. DOREN
          HEATHER L. RICHARDSON
          GIBSON, DUNN & CRUTCHER LLP


         By:   /s/ Heather L. Richardson
            Heather L. Richardson

         Attorneys for Defendant, AETNA LIFE INSURANCE COMPANY


**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:**

  1.  Plaintiffs will file their opening brief on the merits on **October 2, 2017**.

  2.  Defendants will file their opposition brief on the merits on **October 30, 2017**.

  3.  Plaintiffs will file their reply brief on the merits on **November 20, 2017**.

  4.  The Court will hold a hearing to discuss the merits on **December 15, 2017** at 9:00 a.m.

  5.  ~~The parties agree that only~~ Only one brief will be submitted on the merits, and that brief will address all twelve related cases.


DATED:  August 30, 2017          _/s/ Maxine M. Chesney_
                  Honorable Maxine M. Chesney
                  United States District Court Judge