| | |
|---|---|
| 1 | David M. Lilienstein   (State Bar No. 218923) |
|   | **DL LAW GROUP** |
| 2 | 345 Franklin St. |
|   | San Francisco, California 94102 |
| 3 | Telephone: (415) 392-2289 |
|   | Facsimile:  (415) 358-8484 |
| 4 | E-mail:  david@dllawgroup.com, |
| 5 | Brian S. King,  #4610 |
|   | **Brian S. King, PC** |
| 6 | 336 South 300 East, Suite 200 |
|   | Salt Lake City, Utah 84111 |
| 7 | Telephone: (801) 532-1739 |
|   | Facsimile: (801) 532-1936 |
| 8 | Email: brian@briansking.com |
|   | *Pro hac vice* application pending |
| 9 | |
| 10 | Attorneys for Plaintiffs, |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM B. and AVIVA B., | ) Case No.  CV- 12-2819-MMC |
| Plaintiffs, | ) |
|  | ) **JOINT NOTICE OF SETTLEMENT** AND ORDER THEREON |
| vs. | ) |
|  | ) |
| AETNA LIFE INSURANCE COMPANY, | ) Honorable Maxine M. Chesney |
|  | ) |
| Defendant. | ) |
|  | ) Judge Maxine M. Chesney |
|  | ) Hearing Date: December 15, 2017 |
|  | ) Hearing Time: 9:00 a.m. |
|  | ) Location: Courtroom 7, 19th Floor |
|  | ) San Francisco Courthouse |
|  | ) |
|  | ) |

The parties to the above-captioned litigation, by and through their respective counsel of record, hereby provide this Joint Notice of Settlement.  The parties have reached a resolution of all outstanding claims and anticipate exchange of confidential settlement and release documents in the near future.  The parties anticipate being able to submit a joint motion for dismissal with prejudice within sixty (60) days of this Notice.

THEREFORE, the parties jointly request that any existing deadlines in the case be

stricken, along with the oral argument currently scheduled for December 15, 2017.

Dated: November 8, 2017

        BRIAN S. KING
        BRIAN S. KING, ATTORNEY AT LAW

        By:    /s/ Brian S. King
                Brian S. King

Attorneys for Plaintiffs

Dated: November 8, 2017

        RICHARD J. DOREN
        GEOFFREY M. SIGLER
        HEATHER L. RICHARDSON
        GIBSON, DUNN & CRUTCHER LLP

        By:    /s/ Heather L. Richardson
                Heather L. Richardson

Attorneys for Defendant, AETNA LIFE INSURANCE COMPANY

## ORDER

Good cause therefor having been shown, the above request is hereby GRANTED and, accordingly, the existing deadlines and hearing * set forth in the Court's Order of September 29, 2017 (see Doc. No. 234) are hereby VACATED.  The Case Management Conference set by the Court's Order of May 16, 2017 (see Doc. No. 225) remains as scheduled.

* Contrary to the parties' Notice, the hearing was set for January 26, 2018.  (See Doc. No. 234.)  The Court also notes that the title of the action as set forth in the Notice incorrectly names the plaintiffs as Kim B. and Aviva B.  (See Doc. No. 179.)

Date: November 8, 2017

        The Honorable Maxine M. Chesney
        United States District Judge