1  RICHARD J. DOREN, SBN 124666
      rdoren@gibsondunn.com
2  HEATHER L. RICHARDSON, SBN 246517
      hrichardson@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, CA  90071-3197
   Telephone: 213.229.7000
5  Facsimile:  213.229.7520

Attorneys for Defendant,
AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F., CAROL F., and GRACE F., | CASE NO. 3:12-cv-02819-MMC |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | Judge Maxine M. Chesney |
| Defendant. | Third Amended Complaint Filed: 03/22/2016 |

1  The parties to the above-captioned litigation, by and through their respective counsel of
2  record, hereby stipulate as follows:
3  WHEREAS, Dennis F., Carol F., and Grace F. have reached a confidential agreement to settle
4  and resolve their claims against Defendant Aetna Life Insurance Company related to the above-
5  captioned matter;
6  NOW, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Dennis F., Carol
7  F., and Grace F. and Defendant Aetna Life Insurance Company hereby jointly stipulate to the
8  dismissal of this action, with prejudice.  Each party is to bear its own respective costs and attorneys'
9  fees associated with the action.
10  **IT IS SO STIPULATED.**
11
12  In accordance with N.D. Cal. Local Rule 5-1, the filer of this document hereby attests that the
13  concurrence to the filing of this document has been obtained from the other signatories hereto.
14  Dated: December 13, 2017

BRIAN S. KING
BRIAN S. KING, ATTORNEY AT LAW

By: _____/s/_____
    Brian S. King

Attorneys for Plaintiffs,
Dennis F., Carol F., and Grace F.

Dated: December 13, 2017

RICHARD J. DOREN
HEATHER L. RICHARDSON
GIBSON, DUNN & CRUTCHER LLP

By: _____/s/_____
    Heather L. Richardson

Attorneys for Defendant, AETNA LIFE INSURANCE COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December ___, 2017

                                                 The Honorable Maxine M. Chesney
                                                 United States District Court